UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 15726
   MELODY J EASTERLING

                           CHAPTER 13

                           JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-5919

--------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 08/29/2007 and was confirmed 10/11/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 07/31/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | PRIORITY | 199.36 | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED OTH | .00 | .00 | .00 |
| AES/NCT | UNSECURED OTH | .00 | .00 | .00 |
| ASPEN/FB&T | UNSECURED | NOT FILED | .00 | .00 |
| CASHCALL INC | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL PARK TOWNHOMES | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED RECOVERY SYS | UNSECURED | NOT FILED | .00 | .00 |
| CITICORP CREDIT SERVICES | UNSECURED OTH | .00 | .00 | .00 |
| CITICORP CREDIT SERVICES | UNSECURED OTH | .00 | .00 | .00 |
| CITICORP CREDIT SERVICES | UNSECURED OTH | .00 | .00 | .00 |
| CITICORP CREDIT SERVICES | UNSECURED OTH | .00 | .00 | .00 |
| CITICORP CREDIT SERVICES | UNSECURED OTH | .00 | .00 | .00 |
| CITY OF CHICAGO PARKING | FILED LATE | .00 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COOK COUNTY STATES ATTY | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE AMERICA FEDERA | UNSECURED | 498.79 | .00 | .00 |
| CORTRUST BANK | UNSECURED | 263.19 | .00 | .00 |
| CREDIT MANAGEMENT CONTRO | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| CROSS CHECK | UNSECURED | 500.00 | .00 | .00 |
| DILLON'S DENTAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED CREDIT SERVI | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED CREDIT SERVI | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED CREDIT SERVI | UNSECURED | NOT FILED | .00 | .00 |
| EMERGE CARE & HEALTH ORG | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CHOICE LOANS | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL CREDIT CA | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 337.85 | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 514.51 | .00 | .00 |
| GUARANTY BANK | FILED LATE | .00 | .00 | .00 |

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 15726 MELODY J EASTERLING

| | | | | |
|---|---|---|---|---|
| INGALLS MEMORIAL HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE C | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE C | UNSECURED | NOT FILED | .00 | .00 |
| MONTEREY FINANCIAL | UNSECURED | 229.96 | .00 | .00 |
| MUTUAL HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| NCO-MEDCLR | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 510.41 | .00 | .00 |
| ONE CLICK CASH | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE OF ILL | UNSECURED | NOT FILED | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| AIS SERVICES LLC | FILED LATE | .00 | .00 | .00 |
| SOUTHWEST CREDIT SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| ST JAMES HEALTH CENTER | UNSECURED | NOT FILED | .00 | .00 |
| STEVEN HORWITZ | UNSECURED | 180.00 | .00 | .00 |
| SULLIVAN URGENT AID CENT | UNSECURED | NOT FILED | .00 | .00 |
| TEX COLLECTION AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| USA PAY DAY LOANS | UNSECURED | NOT FILED | .00 | .00 |
| UNITED CASH LOAN | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF PARK FOREST | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | .89 | .00 | .00 |
| MONTEREY FINANCIAL | SECURED NOT I | 1200.00 | .00 | .00 |
| PARAGON PARKWAY | UNSECURED | 445.00 | .00 | .00 |
| GUARANTY BANK | FILED LATE | .00 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 3,493.00 | | 1,067.82 |
| TOM VAUGHN | TRUSTEE | | | 76.18 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:
------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
------------------------------------------------------------------------

| | | |
|---|---|---|
| TRUSTEE | 1,144.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 1,067.82 |
| TRUSTEE COMPENSATION | | 76.18 |
| DEBTOR REFUND | | .00 |
| | --------------- | --------------- |
| TOTALS | 1,144.00 | 1,144.00 |

PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 15726 MELODY J EASTERLING

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 10/29/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE